**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| JACKIE LINDSEY, | ) ) ) ) | |
| Plaintiff, | ) | No. 4:13-CV-1797 JAR |
| v. | ) ) ) | |
| HERBERT JACKSON, et al., | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's Motion to Compel Defendant Village of Upland Park's Responses to Plaintiff's Second Request for Production of Documents ("Motion to Compel"; ECF No. 25). The Court held a conference call on this matter on this date, and the Defendant Village of Uplands Park ("Uplands Park") agreed to supplement its responses. Specifically, Uplands Park agreed to withdraw its objections and provide responses to document requests numbers 2, 12, and 16. With respect to document requests numbers 8 and 9, Uplands Park agreed to clarify its responses and state if any similar badges or uniforms exist. In addition, the Court ordered Uplands Park to supplement its responses to document requests numbers 10 and 11 and identify the documents it is producing (if any) with respect to each individual named. Finally, the Court ordered Uplands Park to supplement all of its responses to the document requests and clarify that no other documents exist that are responsive to these requests.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Defendant Village of Upland Park's Responses to Plaintiff's Second Request for Production of Documents [25] is **GRANTED**. Uplands Park shall supplement its responses to Plaintiff's Second Request for Production of Documents within seven (7) days of the date of this Order.

Dated this 7th day of March, 2014.

*/s/ John A. Ross*

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**