UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACKIE LINDSEY, | ) |
| Plaintiff, | ) No. 4:13-CV-1797 JAR |
| v. | ) |
| HERBERT JACKSON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the court on Defendant Village of Upland Park's Motion for Additional Extension of Time to Comply with Court Order. (ECF No. 30). In the Motion, Defendant asserts that a conflict exists, forcing counsel to seek to withdraw from its representation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Village of Upland Park's Motion for Additional Extension of Time to Comply with Court Order [30] is **GRANTED**. Defense counsel's request to withdraw is granted. Defendant Village of Upland Park is granted until **April 23, 2014** to find new representation and to respond to Plaintiff's Second Request for Production of Documents.

Dated this 25th day of March, 2014.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**