UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACKIE LINDSEY, | ) |
| Plaintiff, | ) No. 4:13-CV-1797 JAR |
| v. | ) |
| HERBERT JACKSON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On May 2, 2014, counsel for Defendants, including Shirley Martin, filed a Suggestion of Death of Defendant Shirley Martin pursuant to Fed.R.Civ.P. 25(a)(1). (ECF No. 47). Upon review of the Suggestion of Death,

**IT IS HEREBY ORDERED** that, within 60 days of the filing of the Suggestion of Death, Plaintiff shall file either: an objection to the validity of the Suggestion of Death; a motion for substitution of Defendant Martin, indicating the party to be substituted; or a stipulation to the dismissal of Defendant Martin from this action.

Dated this 2nd day of May, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**