UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE LINDSEY, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 4:13-CV-1797 JAR |
| v. | ) ) ) | |
| HERBERT JACKSON, et al., | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants Herbert Jackson, Village of Uplands Park, Kenneth Williams, Carmen S. McClendon, Henry Iwenofu, Shirley Martin's Motion for Pretrial Conference (ECF No. 49). Therein, Defendants asked the Court to extend the deadlines for Defendants to conduct a medical examination of Plaintiff by an independent psychologist, and to disclose this expert and produce this expert's report. In addition, Defendants requested leave to depose Plaintiff's other two disclosed experts. Plaintiff opposed these requests. The Court held a conference call regarding these issues on June 9, 2014.

For good cause shown,

**IT IS HEREBY ORDERED** that Defendants Herbert Jackson, Village of Uplands Park, Kenneth Williams, Carmen S. McClendon, Henry Iwenofu, Shirley Martin's Motion for Pretrial Conference [49] is **GRANTED**, in part, and **DENIED**, in part. The Court denies Defendants' untimely request for leave to conduct an independent medical examination of Plaintiff. The Court grants Defendants leave to depose Plaintiff's other two disclosed experts. Plaintiff shall produce her two experts on a date agreed upon by counsel.

Dated this 10th day of June, 2014.

                                                                                                                          _____
                                                                                                                         **JOHN A. ROSS**
                                                                                                                         **UNITED STATES DISTRICT JUDGE**